

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00408-CR

**IN RE** Derek M. **BAILEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

On June 18, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 21, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 94-0857-CR, styled *The State of Texas v. Derek M. Bailey*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.